# MEMORANDUM

TO:      ALL COUNSEL

FROM:    HON. EDWIN M. KOSIK

DATE:    NOVEMBER 26, 2008

RE:      FIORUCCI v. THE CITY OF WILKES-BARRE, et al., No. 3:CV-06-1084

---

This case has certainly raised a lot of issues.

As a partial response to one question in my memo of November 21, 2008, I offer for your review <u>Franceschi v. U.S. Dept. of Veterans Affairs</u>, 514 F. 3d 81 (1st Cir. 2008). There is very little on the subject.


EMK/rd

FILED
SCRANTON

NOV 2 6 2008

PER _____ 
DEPUTY CLERK